IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-cv-0168-FL

| | |
|---|---|
| GLOBAL DIMENSIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>RANDALL TACKETT<br><br>Defendant. | **NOTICE OF FILING OF PROPOSED AGREED ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, TEMPORARY RESTRAINING ORDER** |

Plaintiff gives notice of its filing, on behalf of both parties, of a proposed Agreed Order resolving Plaintiff's Motion for injunctive relief. The parties submit this proposed Agreed Order in advance of the scheduled telephonic hearing with the Court scheduled for 1:30 PM EDT today, to permit the Court and parties to conduct and participate in the hearing with reference to the proposed Agreed Order.

/s/ Edward F. Hennessey, IV
Timothy C. Bass
GREENBERG TRAURIG, LLP
1750 Tysons Blvd., 10th Floor
McLean, Virginia 22102
703-749-1300
basst@gtlaw.com
Virginia Bar. No. 40122
Attorney for Plaintiff

Edward F. Hennessey, IV
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, #1900
Charlotte, N.C. 28246
704-377-8375
Fax: 704-378-4000
thennessey@robinsonbradshaw.com
N.C. Bar. No. 15899
Local Civil Rule 83.1(d) Counsel for Plaintiff

1