IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GLOBAL DIMENSIONS, LLC<br>923 Maple Grove Drive, Suite 201,<br>Fredericksburg, VA 22407<br><br>Plaintiff,<br><br>v.<br><br>RANDALL TACKETT<br>136 Springside Drive<br>Springside Lake, North Carolina 28390<br><br>Defendant. | CIVIL ACTION NO. 5:23-cv-00168-FL |

**AGREED ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, TEMPORARY RESTRAINING ORDER**

This Matter came before the Court on Plaintiff Global Dimensions, LLC's Motion for a Preliminary Injunction or, in the alternative, Temporary Restraining Order [Dkt. No. 3], Plaintiff's Memorandum of Law in support such motion [Dkt. No. 5] and Defendant's Memorandum of Law in opposition to said motion [Dkt. No. 13]. On April 11, 2023, the Court heard telephonic oral argument from counsel for both parties. Upon consideration of the matter and the briefs filed to date, and with consent from both parties it is hereby ORDERED as follows:

1. Defendant Randall Tackett is hereby ORDERED not to enter into any contracts or agreements to perform services for Taiwan Mil & Le Tactical Research and Development Association ("TTRDA") until the Court rules on the Plaintiff's Motion for Preliminary Injunction.

1

2. Defendant Randall Tackett is hereby ORDERED not to solicit business from or enter into any contracts or agreements to perform services for any current clients or prospective clients of Plaintiff Global Dimensions, LLC until further Order of this Court. A prospective client is one in which Defendant Randall Tackett first learned about through, or was introduced to by, Plaintiff Global Dimensions, LLC during the course of his employment with Global Dimensions, LLC, and which Global is currently and actively meeting with or negotiating with in regards to a potential contract. The foregoing restriction also prohibits Defendant Randall Tackett from negotiating or assisting to negotiate a contract or agreement to perform services for any of Plaintiff's current clients or prospective clients on behalf of, or for the benefit of, any third-party including, but not limited to, SOC-D.

3. Defendant Randall Tackett is hereby ORDERED not to utilize, transmit, disclose or divulge to any third-party any of Plaintiff's "Confidential/Proprietary Information," as that term is defined in the Mutual Nondisclosure Agreement attached to Plaintiff's Complaint as Exhibit C.

4. To the extent he has not already done so, Defendant Randall Tackett is hereby ORDERED to immediately return to Plaintiff Global Dimensions, LLC all personal property and proprietary information that belongs to Global Dimensions, LLC including, but not limited to, all: (a) computers; (b) computer monitors; (c) computer mouses; (d) cell phones; (e) hard drives, sticks, USB drives, SSD drives, SSD cards, CDs or other electronic storage devices that have Global Dimensions data on them; and (f) any documents, files or information containing Global Dimensions briefings,

budgets, client lists, contact information or any other Global Dimensions proprietary information.

5. A full evidentiary hearing with respect to Plaintiff's Motion for Preliminary Injunction or, in the alternative, Temporary Restraining Order shall be held on April __, 2023, at which time this Order may be reaffirmed, modified or vacated as this Court sees fit.

6. Plaintiff shall file a reply brief in support of its Motion for Preliminary Injunction or, in the alternative, Temporary Restraining Order by April 17, 2023.

7. Both parties shall be allowed to serve each other with limited document requests narrowly tailored to the issues raised in Plaintiff's Motion. Such requests shall be served by April ___, 2023 and responsive documents shall be produced by April ___, 2023.

ENTERED this 11th day of April, 2023.

_____
Hon. Louise Wood Flanagan
United Stated District Court Judge