IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:23-cv-0168

GLOBAL DIMENSIONS, LLC,     )
          Plaintiff,     )
                   )
         v.          )     **ORDER GRANTING MOTION TO**
                   )     **STAY PROCEEDINGS UNTIL COURT**
RANDALL TACKETT, et al.     )     **RULES ON PLAINTIFF'S MOTION**
          Defendants.     )     **FOR SANCTIONS**
                   )
                   )

Before the Court is the Plaintiff Global Dimensions, LLC's Motion to Stay Proceedings Until Court Rules on Plaintiff's Motion for Sanctions. For good cause shown, the Court stays this action.

Accordingly, the Plaintiff's Motion is GRANTED and it is hereby ORDERED that all proceedings and deadlines in this matter, except for those related to Plaintiff's Motion for Sanctions, Dismissal and Default Judgment, are stayed until the Court rules on Plaintiff's Motion for Sanctions, Dismissal and Default Judgment.

So ORDERED this 5th day of February, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge