IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:23-cv-0168

| | |
|---|---|
| GLOBAL DIMENSIONS, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RANDALL TACKETT, et al. ) | |
|     Defendants. ) | |

Before the Court is the Parties' Fourth Joint Motion to Amend Case Management Order. For good cause shown, the Court concludes that the Motion should be granted.

Accordingly, the Parties' Fourth Joint Motion is GRANTED and it is hereby ORDERED that the deadlines are enlarged as follows:

A. Discovery

    i. The Deposition of Randall Tackett shall be held on April 18, 2024, subject to the Government's availability on this date.

    ii. The Deposition of Lillian Tackett shall be held on May 9, 2024. The parties may mutually agree to change this date.

    iii. Disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, shall be served by plaintiff by May 31, 2024, and by defendants by June 14, 2024.

    iv. All discovery shall be completed by July 31, 2024.

B. Motions

    i. All potentially dispositive motions shall be filed by August 30, 2024.

C. Alternative Dispute Resolution ("ADR")

i. The parties shall hold mediation by July 31, 2024.

So ORDERED this 25th day of March, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge