IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-168-FL

| | | |
|---|---|---|
| GLOBAL DIMENSIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANDALL TACKETT and SPECIAL | ) | |
| OPERATIONS CONSULTING AND | ) | |
| DEVELOPMENT, LLC, | ) | |
| | ) | |
| Defendants. | | |

This matter came before the court May 1, 2024, for hearing on plaintiff's amended motion for sanctions, dismissal, and default judgment (DE 178) and discovery conference, with Emily Gray Massey and Samuel McKinley Gray, III, appearing for plaintiff, Thomas M. Van Camp appearing for defendants, and Amy Powell appearing as counsel for the United States. Certain scheduling deadlines are altered in accord with decisions made, as evidenced on the record of today's hearing, memorialized as follows:

1.  The parties shall endeavor to agree upon a search protocol for the computer referenced in this court's February 7, 2024, order, with meeting of respective experts now set for **May 3, 2023**, for this purpose.

2.  If the parties are unable to come to such agreement, they shall file separate statements outlining their positions, together with proposed protocols by **May 10, 2023.**

3.    Where efforts to resolve other issues in discovery, particularly relating to defendants' production of certain documents are underway, plaintiff's deadline for filing any motion to compel is extended until **May 10, 2024.**

4.    Amendment to the parties' agreed preservation order was entered into this date. If further amendment(s) to that order is/are deemed necessary, they may be presented to the court for its consideration on or before **May 13, 2024**.

5.    Plaintiff's amended motion for sanctions, dismissal, and default judgment (DE 178) is DENIED with respect to plaintiff's request for entry of judgment in its favor on plaintiff's claims against defendants predicated on a document fabrication theory.

6.    Plaintiff's attendant request for dismissal of defendants' counterclaims will be addressed later, after discovery closes in the case **July 31, 2024**, and the parties are accorded opportunity to supplement their respective positions on this aspect of plaintiff's motion. The filing schedule for any supplementation(s) will be determined at telephonic conference the court notices now that it will undertake with the parties at **2:00 p.m. August 2, 2024**.[1]

---

[1]    At said conference the court will address utility of some alternative dispute resolution technique, where it continues the current **July 31, 2024**, mediation deadline. The court also will consider with the parties whether the **August 30, 2024,** deadline to file dispositive motions and motions to exclude testimony of expert witnesses set by this court's March 25, 2024, and April 22, 2024, orders still meets the case needs, and if not, decide a new deadline for those filings.

2

7.      Counsel for the United States shall take delivery of the deposition transcripts of defendant Randall Tackett and Lillian Tackett, his spouse, as overseen by plaintiff's counsel, within **seven days of the court reporter's certification** of those depositions, unless good cause be shown why that deadline should be extended.

8.      The United States then shall review said certified transcripts and cause the redaction of any classified information, and provision of the redacted transcripts to the plaintiff **within 21 days of delivery to it**, unless good cause be shown why that deadline should be extended.

9.      Contemporaneous therewith, the United States shall file with the court a certificate of that provision which indicates whether or not there was cause to make any redaction with respect to either deposition transcript.

SO ORDERED, this the 1st day of May, 2024.

LOUISE W. FLANAGAN
United States District Judge