IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:23-cv-0168

| | | |
|---|---|---|
| GLOBAL DIMENSIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANDALL TACKETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the Plaintiff's Amended Motion to Amend Case Management Order. For good cause shown, the Court concludes that the Motion should be granted.

Accordingly, the Plaintiff's Amended Motion is GRANTED and it is hereby ORDERED that the deadlines set forth in the existing Case Management Order for discovery proceedings shall be and are hereby extended as follows:

A. Discovery

    a. The deadline for Plaintiff's disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, shall be thirty (30) calendar days following the Court's Order regarding Plaintiff's email search protocol of Defendant Tackett's emails (Dkt. Nos. 210 & 211). Defendants' deadline to provide Rule 26(a)(2) disclosures, including reports from retained experts, shall be sixty (60) days following the Court's Order regarding Dkt. Nos. 210 & 211.

    b. The deadline for completion of all discovery shall be 30 days following Defendants' expert disclosure deadline.

c. The deadline for supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be 40 calendar days prior to the discovery deadline.

B. Motions

   a. The deadline for all potentially dispositive motions shall be 30 days following the discovery deadline.

   b. The deadline for all motions to exclude testimony of expert witnesses shall be 30 days following the discovery deadline.

C. Alternative Dispute Resolution ("ADR")

   a. The parties shall hold mediation by the discovery deadline.

So ORDERED this 11th day of June, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge