IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:23-cv-0168

| | |
|---|---|
| GLOBAL DIMENSIONS, LLC<br>923 Maple Grove Drive, Suite 201,<br>Fredericksburg, VA 22407,<br><br>**Plaintiff,**<br><br>v.<br><br>RANDALL TACKETT<br>136 Springside Drive<br>Spring Lake, North Carolina 28390,<br><br>and<br><br>SPECIAL OPERATIONS CONSULTING<br>AND DEVELOPMENT, LLC<br>136 Springside Drive<br>Springside Lake, North Carolina 28390,<br><br>**Defendants.** | **ORDER ON DEFENDANTS' MOTION TO ALLOW DISMISSAL OF THEIR TORTIOUS INTERFERENCE COUNTERCLAIM and THEIR CHAPTER 75 COUNTERCLAIM** |

This matter comes before the Court upon Defendants' Motion to Allow Dismissal of their Tortious Interference Counterclaim and their Chapter 75 Counterclaim. It appearing to the Court after considering the Defendants' Motion, supporting Memorandum of Law, and supporting exhibit, that the Defendants' Motion to Allow Dismissal of their Tortious Interference Counterclaim and their Chapter 75 Counterclaim should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Allow Dismissal of their Tortious Interference Counterclaim and their Chapter 75

1

Counterclaim is hereby granted.

SO, ORDERED. This 23rd day of September 2024

_____
LOUISE W. FLANAGAN
United States District Judge