IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:23-cv-0168

| | |
|---|---|
| GLOBAL DIMENSIONS, LLC )<br>923 Maple Grove Drive, Suite 201, )<br>Fredericksburg, VA 22407, )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>RANDALL TACKETT )<br>136 Springside Drive )<br>Spring Lake, North Carolina 28390, )<br> )<br>and )<br> )<br>SPECIAL OPERATIONS CONSULTING )<br>AND DEVELOPMENT, LLC )<br>136 Springside Drive )<br>Springside Lake, North Carolina 28390 )<br> )<br>**Defendants.** )<br> ) | **DEFENDANTS' MOTION TO SEAL** |

NOW COME Defendants, Randall Tackett and Special Operations Consulting and Development, LLC ("Defendants"), by and through their undersigned counsel, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Civil Rule 79.2, and hereby move the Court for leave to seal the following:

1. Defendants' Response in Opposition to Plaintiff's Motion to Show Cause and the exhibits attached.

Counsel for Defendants respectfully requests that the Court consider these documents under seal when ruling on Defendants' Motion to Seal. The parties entered into a

1

Confidentiality Stipulation. [Dt.130-3]. The Confidentiality Stipulation provided that the parties may designate documents produced in discovery as "Confidential" or "Confidential – Attorneys' Eyes Only" and that documents designated by a party as such, shall be filed or submitted under seal. Defendants' Response in Opposition to Plaintiff's Motion to Show Cause discusses and attaches as exhibits documents that Plaintiff designated with the stamp of "Confidential" or "Confidential – Attorneys' Eyes Only".

Thus, in compliance with the Confidentiality Stipulation, Defendants seek to file Defendants' Response in Opposition to Plaintiff's Motion to Show Cause and the exhibits attached under seal. Electronically filing these documents in the usual manner, such that it would be accessible by the public, may not comply with the Confidentiality Stipulation.

WHEREFORE, Defendants respectfully request that the Court allow Defendants' Motion to Seal.

Respectfully submitted this, the 10th day of September 2024.

VAN CAMP, MEACHAM & NEWMAN, PLLC
*Attorney for Defendants*

By: */s/ Thomas M. Van Camp*
Thomas M. Van Camp, NCSB # 16872
Post Office Drawer 1389
Pinehurst, North Carolina 28370
Telephone: (910) 295-2525
Facsimile: (910) 295-5101
thomasv@vancamplaw.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **DEFENDANTS' MOTION TO SEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF).

WARD AND SMITH P.A.
*Counsels for Plaintiff*
S. McKinley Gray, III, Esq.
Emily G. Massey, Esq.
Post Office Box 867
New Bern, North Carolina 28563-0867
Telephone: (252) 672-5476
Facsimile: (252) 672-5477
smg@wardandsmith.com
egmassey@wardandsmith.com

GREENBERG TRAURIG, LLP
*Lead counsel for Plaintiff*
Timothy C. Bass, Esq.
1750 Tysons Blvd.
Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1367
Facsimile: (704) 749-1301
basst@gtlaw.com

This, the 10th day of September 2024.

                VAN CAMP, MEACHAM & NEWMAN, PLLC
                *Attorney for Defendants*

By:   */s/ Thomas M. Van Camp*
       Thomas M. Van Camp, NCSB # 16872
       Post Office Drawer 1389
       Pinehurst, North Carolina 28370
       Telephone: (910) 295-2525
       Facsimile: (910) 295-5101
       thomasv@vancamplaw.com