IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:23-cv-0168

| | | |
|---|---|---|
| GLOBAL DIMENSIONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RANDALL TACKETT, et al., | ) | |
| Defendants. | ) | |

Before the Court is the Plaintiff's Motion to Amend Discovery Deadlines. For good cause shown, the Court concludes that the Motion should be granted.

Accordingly, the Plaintiff's Motion to Amend Discovery Deadlines is GRANTED and it is hereby ORDERED that deadlines shall be and are hereby extended as follows:

A. Discovery

  a. Disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, shall be served by Plaintiff by November 8, 2024. Defendants' deadline to provide Rule 26(a)(2) disclosures, including reports from retained experts, shall be due by December 6, 2024.

  b. Supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be served by December 2, 2024.

  c. All discovery shall be completed by January 10, 2025.

B. Motions

  a. All potentially dispositive motions shall be filed by February 7, 2025.

     b.  All motions to exclude testimony of expert witnesses shall be filed by February 7, 2025.

So ORDERED this 17th day of October, 2024.

                                      LOUISE W. FLANAGAN  
                                      United States District Judge