# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## CIVIL ACTION NO. 5:23-cv-0168

| | |
|---|---|
| GLOBAL DIMENSIONS, LLC<br>923 Maple Grove Drive, Suite 201,<br>Fredericksburg, VA 22407,<br><br>**Plaintiff,**<br><br>v.<br><br>RANDALL TACKETT<br>136 Springside Drive<br>Spring Lake, North Carolina 28390,<br><br>and<br><br>SPECIAL OPERATIONS CONSULTING<br>AND DEVELOPMENT, LLC<br>136 Springside Drive<br>Springside Lake, North Carolina 28390<br><br>**Defendants.** | **DEFENDANTS' MOTION TO ALLOW DISMISSAL OF DEFENDANTS' REMAINING COUNTERCLAIMS** |

**NOW COME,** Defendants, Randall Tackett and Special Operations Consulting and Development, LLC, by and through their undersigned counsel, pursuant to the Federal Rules of Civil Procedure 41(c) and 41(a)(2), and hereby move this Court to allow Defendants to dismiss their remaining counterclaims, (Breach of Contract and Fraud in the Inducement, ) [Dkt. 87; pp. 28-30] and show unto the Court as follows:

1. On March 31, 2023, Plaintiff filed its Complaint against Defendant Randall Tackett alleging claims of 1) Breach of Fiduciary Duty of Loyalty, 2) Breach of Contract – Non-

1

competition, 3) Breach of Contract – Non-solicitation, and 4) Tortious Interference with Economic Relationship and Prospective Economic Advantage. [Dkt. 1]

2. Plaintiff filed an Amended Complaint on June 28, 2023, adding Special Operations Consulting and Development, LLC as a Defendant and bringing additional claims of Defamation and Unfair and Deceptive Trade Practices. [Dkt. 58]

3. On August 28, 2023, Defendants filed an Answer to Plaintiff's Amended Complaint, asserting several affirmative defenses and counterclaims. [Dkt. 87] Defendants asserted counterclaims for tortious interference with economic business advantage, a Chapter 75 claim for unfair and deceptive business practices, breach of contract, and fraud in the inducement.

4. On September 16, 2024, Defendants made a Motion to Allow Dismissal of their Tortious Interference Counterclaim and their Chapter 75 Counterclaim. [Dkt. 243]

5. The Court granted Defendants' Motion on September 23, 2024. [Dkt. 247]

6. Currently, Defendants' breach of contract and fraud in the inducement counterclaims remain.

7. Defendants' counsel contacted Plaintiff's counsel by email on December 11, 2024, to obtain Plaintiff's consent to Defendants' Motion. Plaintiff's counsel communicated that Plaintiff's position is as follows: "Plaintiff does not object to Defendants' dismissal of one or more of their counterclaims and does not waive its right to seek sanctions, attorneys' fees, or other relief based on Defendants' prosecution of such counterclaims."

WHEREFORE, Defendants respectfully request that the Court allow Defendants' Motion to Allow Dismissal of Defendants' remaining counterclaims for Breach of Contract and Fraud in Inducement.

2

This, the 12th day of December, 2024.

                                        VAN CAMP, MEACHAM & NEWMAN, PLLC
                                        *Attorney for Defendants*

By:    */s/ Thomas M. Van Camp*
        Thomas M. Van Camp, NCSB # 16872
        Post Office Drawer 1389
        Pinehurst, North Carolina 28370
        Telephone: (910) 295-2525
        Facsimile: (910) 295-5101
        thomasv@vancamplaw.com

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **DEFENDANTS' MOTION TO ALLOW DISMISSAL OF DEFENDANTS' REMAINING COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF).

**WARD AND SMITH P.A.**
*Counsels for Plaintiff*
S. McKinley Gray, III, Esq.
Emily G. Massey, Esq.
Post Office Box 867
New Bern, North Carolina 28563-0867
Telephone: (252) 672-5476
Facsimile: (252) 672-5477
smg@wardandsmith.com
egmassey@wardandsmith.com

**GREENBERG TRAURIG, LLP**
*Lead counsel for Plaintiff*
Timothy C. Bass, Esq.
1750 Tysons Blvd.
Suite 1000
McLean, Virginia 22102
Telephone: (703) 749-1367
Facsimile: (704) 749-1301
basst@gtlaw.com

This, the 12th day of December, 2024.

                              VAN CAMP, MEACHAM & NEWMAN, PLLC
                              *Attorney for Defendants*

By:    */s/ Thomas M. Van Camp*
        Thomas M. Van Camp, NCSB # 16872
        Post Office Drawer 1389
        Pinehurst, North Carolina 28370
        Telephone: (910) 295-2525
        Facsimile: (910) 295-5101
        thomasv@vancamplaw.com